**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: RONALD E. SMITH           §     Case No. 12-83535
      LORI A. SMITH              §
                                 §
      Debtor(s)                  §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 09/18/2012.

2) The plan was confirmed on 11/30/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 08/29/2014.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 12/02/2014, 01/09/2015.

5) The case was completed on 01/19/2018.

6) Number of months from filing or conversion to last payment: 64.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,715.00.

10) Amount of unsecured claims discharged without full payment: $141,584.58.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 39,890.56 | |
| Less amount refunded to debtor(s) | $ 349.00 | |
| **NET RECEIPTS** | | $ 39,541.56 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 2,713.47 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 6,213.47 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| CORNERSTONE CREDIT UNION | Sec | 10,054.00 | 11,575.00 | 10,054.00 | 10,054.00 | 1,634.17 |
| CORNERSTONE CREDIT UNION | Uns | 0.00 | 1,162.27 | 2,683.27 | 0.00 | 0.00 |
| WESTLAKE FINANCIAL SERVICES | Sec | 4,789.00 | 4,789.00 | 4,789.00 | 4,789.00 | 713.90 |
| WESTLAKE FINANCIAL SERVICES | Uns | 0.00 | 22.07 | 22.07 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 3,696.00 | 247.00 | 247.00 | 247.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 4,020.87 | 4,020.87 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 0.00 | 8,500.02 | 8,500.02 | 8,500.02 | 0.00 |
| INTERNAL REVENUE SERVICE | Sec | 1,787.00 | 6,879.00 | 6,879.00 | 6,879.00 | 511.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 54,266.33 | 54,266.33 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 6,435.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 53,204.00 | NA | NA | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS | Uns | 4,221.12 | NA | NA | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS | Uns | 4,410.09 | NA | NA | 0.00 | 0.00 |
| ANDERSON FINANCIAL NETWORK | Uns | 110.95 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE, LLC | Uns | 366.37 | 366.37 | 366.37 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Uns | 458.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| CGH MEDICAL CENTER | Uns | 6,838.00 | NA | NA | 0.00 | 0.00 |
| CHECK - IT | Uns | 95.18 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCHELLE AMBULANCE | Uns | 341.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Uns | 165.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Uns | 351.03 | NA | NA | 0.00 | 0.00 |
| DR DAVID POWERS MD | Uns | 151.40 | NA | NA | 0.00 | 0.00 |
| DR ANTHONY B DSOUZA MD | Uns | 12.00 | NA | NA | 0.00 | 0.00 |
| EAGLE RECOVERY ASSOCIATES | Uns | 1,224.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 256.46 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 240.86 | NA | NA | 0.00 | 0.00 |
| GREYSTONE ALLIANCE | Uns | 1,441.03 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE BILLING SERVICES | Uns | 138.50 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE BILLING SERVICES | Uns | 2,755.34 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 1,099.89 | 1,099.89 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 298.92 | 298.92 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 393.79 | 393.79 | 0.00 | 0.00 |
| KSB MEDICAL GROUP | Uns | 2,891.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICES OF MITCHELL N KAY | Uns | 7,529.59 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 1,301.24 | 1,381.34 | 1,381.34 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 59.35 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Uns | 51.41 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 496.40 | 897.35 | 897.35 | 0.00 | 0.00 |
| NOW CARE LLC | Uns | 92.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 2,753.37 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING, LLC | Uns | 77.04 | 77.04 | 77.04 | 0.00 | 0.00 |
| ROBERT A WHITTAKER DMD MD | Uns | 78.00 | NA | NA | 0.00 | 0.00 |
| ROCHELLE COMMUNITY HOSPITAL | Uns | 174.50 | NA | NA | 0.00 | 0.00 |
| ROCHELLE COMMUNITY HOSPITAL | Uns | 4,707.47 | NA | NA | 0.00 | 0.00 |
| ROCHELLE MEDICAL | Uns | 16.60 | NA | NA | 0.00 | 0.00 |
| ROCK RIVER HEALTH | Uns | 210.20 | NA | NA | 0.00 | 0.00 |
| ROCKFORD GASTROENTEROLOGY | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 831.40 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 2,753.67 | NA | NA | 0.00 | 0.00 |
| ROSECRANCE ON HARRISON | Uns | 685.66 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 3,077.33 | NA | NA | 0.00 | 0.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RRCA ACCOUNTS MANAGEMENT | Uns | 6,597.27 | 14,186.92 | 14,186.92 | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 2,432.29 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 6,195.27 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 883.55 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS LP | Uns | 1,320.84 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 174.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 291.75 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 86.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 210.80 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HILLCREST | Uns | 77.04 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 250.97 | 250.97 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 496.40 | 496.40 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 14,843.00 | $ 14,843.00 | $ 2,348.07 |
| All Other Secured | $ 6,879.00 | $ 6,879.00 | $ 511.00 |
| **TOTAL SECURED:** | $ 21,722.00 | $ 21,722.00 | $ 2,859.07 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 8,747.02 | $ 8,747.02 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 8,747.02 | $ 8,747.02 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 80,441.53 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 6,213.47 |
| Disbursements to Creditors | $ 33,328.09 |
| **TOTAL DISBURSEMENTS:** | $ 39,541.56 |

UST Form 101-13-FR-S (9/1/2009)

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: <u>04/12/2018</u>      By: <u>/s/ Lydia S. Meyer</u>
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.